E-FILED
Friday, 13 April, 2018 09:58:40 AM
Clerk, U.S. District Court, ILCD

FILED
APR 12 2018 REC'D
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

'FEDERAL COURT'
at
'United States District Court
Central District of Illinois'

| | | |
|---|---|---|
| i; a man;<br>*prosecutor*<br><br>———————————<br><br>Vibrant Credit Union and Its Agents:<br>Patrick M. Bahen, Gina Hermann et al<br>**Wrongdoer(s)** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | (RR196879405US)(RE274348283US)<br>Nature of Case: claim<br>Claim: trespass (violation of contract)<br><br>(verified)<br><br>18-4067 |

———————————————————————————————

i, require: a 'court of record';    'trial by jury'

———————————————————————————————


claim: trespass (violation of contract)

i, a man claim:

- said wrongdoer(s) trespass upon my property;
- causal agent came by way of invalid, void, forged instrument;
- said trespass did and does harm and injury to my property;
- commencement of the wrong and harm began on March 13th, 2018;
- the wrong and harm continues to this day;
- i require: immediate return of my property (2010 Chrysler and Country: vin #2A4RR5D16AR346150) and compensation due: Twenty five thousand dollars for violation of estoppel; Court Costs, and attorneys fees, unnamed amount for "repossession" and storage fees for repossession company;

i, say here, and will verify in open court, that all herein be true



April 2nd, 2018

## 'FEDERAL COURT'
### at
### 'United States District Court
### Central District of Illinois'

| | | |
|---|---|---|
| i; a man;<br>*prosecutor*<br><br>_____<br><br>Vibrant Credit Union and Its Agents;<br>Patrick M. Bahen, Gina Hermann et al<br>**Wrongdoer(s)** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | (RR196879405US)(RE274348283US)<br>Nature of Case: claim<br>Claim: trespass (violation of contract)<br><br>(verified)<br><br>18-4067 |

### order:

The Ontiveros Court requires a Magistrate [cf. 28 U.S.C. § 636(B)(1)];

It has come to the attention of said Court that the services of: James E. Shadid [Chief Judge] are available to serve said Court;

If James E. Shadid believes he is qualified to minister the affairs of a 'court of record' his (honorable) services will please said Court;



April 2nd, 2018

Served Face to Face to
Patrick Bahen & Gina (collections)
Friday March 16th, 2018
2:10 pm.

[REDACTED] 52nd Ave
Moline, Illinois

# Notice:

TO: Vibrant Credit Union and Its Agents
Patrick Bahen

RE: 2010 Chrysler Town + Country Van
Vin [REDACTED]6150

Dear Vibrant Credit Union and Its Agents - Patrick Bahen,

On Tuesday March 13th, 2018, Agents of Vibrant Credit Union did Trespass upon my property.

i, Christopher Ontiveros, man, require the immediate return of my property (2010 Chrysler Town + Country van named above).

Return my property no later than 5:00 pm, Monday March 19th.



OFFICIAL SEAL
DEBORAH L. GOMEZ
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-21





# Affidavit:

Re: Meeting with Patrick Bahen "Staff Attorney"
and Gina Hermann "Collections Agent"
Thursday March 22nd, 2018
Vibrant Corporate Center 1900 52nd Ave. Moline, IL 61265

I, me, my, or myself, also known as: Christopher R. Ontiveros: Living Soul, man, being of age of majority, having been duly put under affirmation, do hereby affirm, depose, and say:

1. All facts stated herein are true, correct and complete; the facts mentioned are NOT hearsay; are NOT misleading; and are admissible as evidence if NOT rebutted/ proven inaccurate by sworn testimony; and if testifying, I: Christopher R. Ontiveros shall so state and further:

2. I am competent in my affairs and matters described herein;

3. no "person" is competent in any of my affairs;

4. I have personal, executive, and documented knowledge of the facts and evidence contained herein, and if called to testify shall so state;

5. any citation of state and/ or federal: statute; code; rules; regulations; and court Citations, within any document(s) is ONLY to Notice: public servants, and employees of government, that which is applicable to them, and is NOT intended, nor shall it be construed to mean that: I: Christopher Ontiveros: Living Soul, man; confer, submit to or have entered into any jurisdiction(s) alluded to thereby;

6. on or around March 22nd, 2018, I, Christopher R. Ontiveros did appear at 1900 52nd Ave. Moline, IL (Vibrant Credit Union Corporate Center) to meet with Patrick M. Bahen "Staff Attorney", and one Gina Hermann "Collections Agent" to discuss the matter of the return of my property (2010 Chrysler Town and Country Van) which was "repossessed" on Tuesday March 13th, 2018;

7. I did Notice: Vibrant Agents that I am NOT an attorney and that I was not appearing to enter into any contract implied or otherwise;

7. i did ask the aforementioned Agents of Vibrant Credit Union the cause for the theft of my van on Tuesday, March 13th, 2018;

8. The Agents named above held that i had defaulted on a loan and that they had acted within their right to repossess the van as "collateral";

9. Having served Notice to validate the alleged debt on:

Page 1 of 2

      A. November 13th, 2017 via registered post by way of Notice: Debt validation pursuant to FDCPA 15 USC 1692G
      B. November 16th, 2017 served in person to Kelly McCarthy "Manager"
      B. December 14th, 2017 via registered post by way of Notice: Non-Rebuttal pursuant to FDCPA 15 USC 1692G

Mr. Bahen did verify that he did receive said Notice(s) and that he did not respond;

10. Mr. Bahen stated that the contract, under which Vibrant Credit Union "repossessed" my van, had been "destroyed";

11. Mr. Bahen did acknowledge that he never answered or responded to any of the Notice/ correspondence save the initial response of sending a printout of a payment history;

Further Affiant sayeth not.

Illinois State        )
                           )   S.S.S.
Rock Island County )

_____        _____
Notary Public                               Christopher R. Ontiveros



OFFICIAL SEAL
BRITTNEY SIAM
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-11-2021

# AFFIDAVIT:DEBT VALIDATION

i, me, my, or myself, also known as: Christopher R. Ontiveros: Living Soul, man: having been duly put under affirmation, do hereby affirm, depose, and say:

1. All facts stated herein are true, correct and complete; the facts mentioned are NOT hearsay; are NOT misleading; and are admissible as evidence if NOT rebutted/ proven inaccurate by sworn testimony; and if testifying, i: Christopher R. Ontiveros shall so state and further:

2. i am competent in my affairs and matters described herein;

3. no "person" is competent in any of my affairs;

4. i have personal, executive, and documented knowledge of the facts and evidence contained herein, and if called to testify shall so state;

5. any citation of state and/ or federal: statute; code; rules; regulations; and court Citations, within any document(s) is ONLY to Notice: public servants, and employees of government, that which is applicable to them, and is NOT intended, nor shall it be construed to mean that: i: Christopher Ontiveros: Living Soul, man; confer, submit to or have entered into any jurisdiction(s) alluded to thereby;

6. on or around November 13th, 2017, i, Christopher R. Ontiveros, Living Soul, man, did serve, via Registered Post #RR196879405US, Notice: to validate a debt under FDCPA 15 USC 1692g Sec 809 (b); Notice: did include conditional acceptance check #349450 (see page 5 paragraph 7 of Notice:);
Notice received by: Kodee Mital 11-13-2017;

7. Vibrant Credit Union and its Agents did cash said conditional acceptance check on 11-16-2017 (attached exhibit "cancelled check");

8. served Notice: Validation of Debt, face to face, at ▮▮▮▮ ▮▮▮▮ Ave. Moline, IL (Vibrant C.U. Corporate head-quarters) to Kelly McCarthy, "Manager";

8. Vibrant Credit Union and its Agents did NOT respond with required information;

9. on 12-14-2017 i, Christopher R. Ontiveros, Living Soul, man, did serve, via Registered Post #RE274348297US, NOTICE: NON-REBUTTAL/ ACCEPTANCE BY THE PARTIES which does include intent to use Power of Attorney and Lien Release via: Tacit Procuration (page 2 second notice); Notice received by: Kodee Mital 12-14-2017;

Page 1 of 2

10. on 12-13-2017 i, Christopher R. Ontiveros, Living Soul, man, did serve, via Registered Post #RE274348283US NOTICE: Revocation of Consent/ Implied Consent to VIBRANT CREDIT UNION AND ITS AGENTS (see attached exhibit);

11. on 12-28-2017 i, Christopher R. Ontiveros, Living Soul, man, did present proper documentation to Secretary of State, Jessie White, to remove lien holder (VIBRANT CREDIT UNION) from title;

13. Title received from Secretary of State early February;



OFFICIAL SEAL
BRITTNEY SIAM
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-11-2021

RE: 274 348283US

# NOTICE:
## Revocation of Consent/ Implied Consent

From:   c/o
Christopher Ontiveros
~~Eleven Twenty-Seven Eleventh Street~~
Moline, Illinois
Near (61265)

To:   VIBRANT CREDIT UNION AND ITS AGENTS
~~1900 52ND AVE~~
MOLINE, IL.
61265

Re:   2010 Chrysler Town and Country
VIN:   ~~2A4RR5D16AR~~346150
Owner: CHRIS ONTIVEROS
Account #:202626503

Pursuant to: Validation of Debt Letter/ Affidavit served November 9th, 2017 Registered Post (RR196879405US) received by AGENT November 13th, 2017 Failure to Perform;

This NOTICE: REVOCATION OF CONSENT/ IMPLIED CONSENT does lawfully prohibit VIBRANT CREDIT UNIOIN AND ITS AGENTS from: entry into, removal of, seizure of, or re-possess, named PROPERTY (2010 Chrysler Town and Country, VIN 2A4RR5D16AR346150);
ANY ATTEMPT by VIBRANT CREDIT UNION AND ITS AGENTS to: enter into, remove, seizure of, or "re-possess" property named herein does constitute willful act of TRESSPASS/ THEFT against CHRIS ONTIVEROS; such willful act does provide consent to award CHRIS ONTIVEROS damages no less than $25,000.00 not including court costs/ attorneys fees;



_____
Notary Public
Subscribed and Sworn

OFFICIAL SEAL
KATHLEEN H. BAKER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-5-2021

Christopher Ontiveros
Living Soul in Propria Persona
Sui Juris, with Signature UCC 1-308; 415

Rock Island, Illinois near (61265)
Real Land, united states of America





DDA Debits - 2100642 - $308.95 - 910002784 - 11/17/2017



DDA Debits - 2100642 - $308.95 - 910002784 - 11/17/2017



### PS Form 3806, Registered Mail Receipt

- Postage: $1.61
- Registered Mail: $14.55
- Return Receipt (hardcopy): $2.75
- Return Receipt (electronic): $0.00
- Restricted Delivery: $0.00
- Total Postage & Fees: $18.91
- Customer Must Declare Full Value: $500.00
- Received by: 11/08/2017
- Date Stamp: NOV -9 2017, MOLINE IL 61265

FROM: Ontiveros, Moline, Illinois, Near [61265]

TO: Vibrant Credit Union, Moline, IL 61265

### PS Form 3811 — Domestic Return Receipt

1. Article Addressed to: Vibrant Credit Union, [address redacted], Moline IL 61265
2. Article Number: RR196 879 405 US
- Barcode: 9590 9402 2361 6249 3267 03
- Service Type: Registered Mail
- Signature: (signed)
- Date of Delivery: 11/13

### Cashier's Check — TBK Bank

- PURCHASER'S RECEIPT - RETAIN FOR YOUR RECORDS
- TBK BANK, 12700 Park Central Dr. Suite 1700, Dallas, TX 75251, PH: 866-644-3935
- 70-957/119
- Check #: 349450
- Customer: CHRISTOPHER ONTIVEROS
- Branch: 06
- Preparer: DV
- Date: 11/16/2017
- Pay to the Order of: VIBRANT CRDIT UNION
- Amount: $308.95
- DOLLAR THREE ZERO EIGHT PERIOD NINE FIVE
- ACCT# [redacted]6203
- CASHIER'S CHECK
- NON-NEGOTIABLE
- AUTHORIZED SIGNATURE

RR 196879 405 US

*From The Desk of Ontiveros: the family of Christopher*
**All Rights Reserved**

**NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT; NOTICE REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING THE LEGAL FICTION CHRISTOPHER ONTIVEROS AS IT PERTAINS TO VIBRANT CREDIT UNION AND ITS AGENTS; NOTICE CLAIM OF FRAUD**

Under: Federal Debt Collection Practices Act, 15 USC 1692g Sec 809 (b), UCC 9~105 CONTROL of ELECTRONIC CHATTLE PAPER; pursuant to FEDERAL REGULATION E, i now exercise my legal right to challenge the validity of this debt i stand accused of, as well as, taking SOLE ownership/control of all accounts, Group Policies, account numbers, bonds, their contents and or EQUITABLE EQUITY as it relates to CHRISTOPHER R ONTIVEROS, AS IT PERTAINS TO VIBRANT CREDIT UNION AND ITS AGENTS;

From:   c/o
Christopher R. Ontiveros
Eleven Twenty Seven Eleventh Street
Moline, Illinois near [61265]
Real land, united states of America

To:   **VIBRANT CREDIT UNION AND ITS AGENTS**
1900 52nd Ave
**MOLINE, IL 61265**

RE: Loan #20262_0503 & #202620_2502, XXX-XX-1339

Date: November 9th, and served in propria persona November 16th, 2017

RE: Status: *OPEN ACCOUNT*

Date Opened: T.B.A by **VIBRANT CREDIT UNION AND ITS AGENTS**, as requested here in:

Due: "308.95" + "210.76"
FIANANCE CHARGE: UNKNOWN

High Balance: N/A, Recent payments: N/A

Account History: UNKNOWN

ALL RIGHTS RESERVED

Page 1 of 7

To: **VIBRANT CREDIT** UNION **AND ITS AGENTS**, and or whom it may concern, and all involved Parties, staff etc:

This letter is being sent to you in response to an alleged claim of debt with the above numbers as specified, and such recording was viewed by Christopher Ontiveros. Be advised that this is **NOT** a refusal to pay, but a notice pursuant to: Fair Debt Collections Practices Act, 15 USC 1692g Sec 809 (b), that your claim is disputed and validation is requested; this is a lawful request in accords with the aforementioned and the following:

U.C.C. – Article 3 NEGOTIABLE INSTRUMENTS, DISHONOR
§ 3-501 PRESENTMENT.

(a) "**Presentment**" means a demand made by or on behalf of a person entitled to enforce an instrument (i) to pay the instrument made to the drawee or a party obliged to pay the instrument or, in the case of a note or accepted draft payable at a bank, to the bank, or (ii) to accept a draft made to the drawee.
(b) The following rules are subject to Article 4, agreement of the parties, and clearing-house rules and the like:
(1) Presentment may be made at the place of payment of the instrument and must be made at the place of payment if the instrument is payable at a bank in the United States; may be made by any commercially reasonable means, including an oral, written, or electronic communication; is effective when the demand for payment or acceptance is received by the person to whom presentment is made; and is effective if made to any one of two or more makers, acceptors, drawees, or other payors.
(2) Upon demand of the person to whom presentment is made, the person making presentment must (i) exhibit the instrument, (ii) give reasonable identification and, if presentment is made on behalf of another person, reasonable evidence of authority to do so, and (iii) sign a receipt on the instrument for any payment made or surrender the instrument if full payment is made.
(3) Without dishonoring the instrument, the party to whom presentment is made may (i) return the instrument for lack of a necessary endorsement, or (ii) refuse payment or acceptance for failure of the presentment to comply with the terms of the instrument, an agreement of the parties, or other applicable law or rule.
(4) The party to whom presentment is made may treat presentment as occurring on the next business day after the day of presentment if the party to whom presentment is made has established a cut-off hour not earlier than 2 p.m. for the receipt and processing of instruments presented for payment or acceptance and presentment is made after the cut-off hour.

By refusing to supply, you will be violating the law and my rights under UCC; VALIDATION must be made pursuant to the above named Title and Section(s) (as well as both Federal and Local laws); i respectfully request that your offices provide me with competent evidence that i have any legal obligation to continue to pay you.

Please provide me with the following:

* What monies DO you claim Christopher Ontiveros, OWES and it's COLLATERAL, as well as invoice and accounting for all;

* Explain and show how you calculated what you say Christopher Ontiveros owes;

* Provide me with the original signed instrument that shows Christopher Ontiveros agreed to pay what you say is owed;

* Identify the original creditor's Legal name and process server information (required under UCC); and the original signed contractual instrument initiating this debt;

* Prove the Statute of Limitations has not expired on this account;

* Prove you are licensed to collect in the State of Illinois;

ALL RIGHTS RESERVED

*Provide verification along with your license numbers and Registered Agent(s) bond numbers;

*Provide accounting balances positive or negative for all accounts attached to the legal Fiction, CHRISTOPHER ONTIVEROS AS IT PERTAINS TO Loan #2026■6503 & #2026■6502 #■■■6502 VIBRANT CREDIT UNION, AND ITS AGENTS, pursuant to FEDERAL REGULATION E;

*ALL accounting sources of transactions concerning the following files, accounts, and or Group Policies identified, and or linked to the above stated legal fiction; they being in part: Loan #2026■6502 & #2026■6503 for CHRISTOPHER ONTIVEROS, pursuant to FEDERAL REGULATION E;

* Proof of a CONTRACT permitting, the non disclosure of any FRN's, FRN income, or Acquisition/ Abandonment of Secured Property as it pertains to: form 1099a, THE I.R.S., CHRISTOPHER ONTIVEROS, XXX-XX-1339, Loan #2026■6503 & #2026■6502 VIBRANT CREDIT UNION, AND ITS AGENTS;

* Proof of ORIGINAL ORIENTATION of FUNDS concerning all LOANS, and or SERVICES provided the Legal Fiction, CHRISTOPHER ONTIVEROS, XXX-XX-1339, Loan #2026■6503 & #2026■6502, VIBRANT CREDIT UNION, AND ITS AGENTS;

* REQUEST FOR ACCOUNTING: ALL FRN's, CHATTLE PAPER, their income/interest and ALL Activity concerning: Acquisition or Abandonment of Secured Property as it pertains to: form 1099a, THE I.R.S., CHRISTOPHER ONTIVEROS, XXX-XX-1339, Loan #2026■6503 & #2026■6502 VIBRANT CREDIT UNION, AND ITS AGENTS;

* PROOF of CONTRACT permitting access of VIBRANT CREDIT UNION, AND ITS AGENTS to: ANY BONDS, TRUSTS pertaining to CHRISTOPHER ONTIVEROS, XXX-XX-1339, Loan #2026■6503 & #2026■6502 VIBRANT CREDIT UNION, AND ITS AGENTS;

Pursuant to my common law rights, and *PUBLIC LAW 106-229-JUNE 20, 2000*, i am removing any consent given, implied or otherwise, for the use of my electronic signature, or any other consent given or sold to the Party for use as listed above nunc pro tunc.

ALL RIGHTS RESERVED

**House Joint Resolution 192 of June 5, 1933:**
On June 5, 1933, Congress passed House Joint Resolution (HJR 192). HJR 192 was passed to suspend the gold standard and abrogate the gold clause in the national constitution. Since then no one in America has been able to lawfully pay a debt. This resolution declared: "To assure uniform value to the coins and currencies of the Unites States, Whereas the holding of or dealing in gold affect public interest, and are therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal and in the payment of debts, Now, therefore, be it Resolved by the Senate and House of t Representative of the United States of America in Congress assembled, that (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payments in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is herby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law. (b) As used in this resolution, the term 'obligation' means any obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term 'coin or currency' means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations. Sec. 2 The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled 'An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and of other purposes;, approved May 12, 1933, is amended to read as follows: "All coins and currencies of the United Stated (including Federal Reserve notes and circulating notes of the Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight. Approved, June 5, 1933, 4:40 p.m. 31 U.S.C.A. 462, 463 House Joint Resolution 192, 73d Congress, Sess. I, Ch. 48, June 5, 1933 (Public Law No. 10 ) Note: **"payment of debt" is now against Congressional and "public policy" and henceforth, "Every obligation . . . Shall be discharged.** As a result of HJR 192, and from that day forward (June 5, 1933), no one in this nation has been able to lawfully pay a debt or lawfully own anything. The only thing one can do is tender in transfer of debts, with the debt being perpetual. The suspension of the gold standard, and prohibition against paying debts, removed the substance for our common law to operate on, and created a void as far as the law is concerned. This substance was replaced with a "PUBLIC NATIONAL CREDIT SYSTEM" where debt is "LEGAL TENDER" money. HJR 192 was implemented immediately. The day after President Roosevelt signed the resolution, the treasury offered the public new government securities, minus the traditional "payable in gold" clause.

In effect HJR 192 of 1933 provided that the one with the gold paid the bills. It removed the requirement that US subjects and employees had to pay their debts with gold. It actually prohibited the inclusion of a clause in all subsequent contracts that would require payment in gold. It also retroactively cancelled the clause in every US contract written prior to 5 June, 1933, that required an obligation to be paid in gold. It provided that US subjects and employees could use any type of coin and currency to *discharge* a public debt as long as it was in use in the normal course of business in the US. For a time, US Notes were the currency used to *discharge* debts, but later the Federal Reserve System and the corporate US provided a new medium of exchange through paper notes, and debt instruments that could be passed on to a debtor's creditors to discharge the debtor's debts. That same "currency" is available to US and to use to *discharge* public debts. The owner of a fictional corporate name ("PERSON"), upon learning the law and discovering who he/she is in relation to Corporate US, can file a UCC Financing Statement and Security agreement registering his/her interest in the artificial entity ("PERSON") the US created after his/her mother applied for a birth certificate; that action of registering the mother's biological property, her recently birthed baby (substance), with relevant State authorities. The US holds the paper title (form), not the substance (baby) but the act of registration transfers title from the mother to Corporate US and colours its "legal" right to dictate how that baby may be raised, educated and cared for.

**At this time it is necessary to inform you that if your offices have reported un-validated, or false/misleading information to any of the three (3) major credit Bureau's: Equifax, Experian, or Trans Union; such action does constitute fraud under Federal, UCC and State laws; Due to this fact, if any negative mark is found on any of: CHRISTOPHER ONTIVEROS credit reports by: your company, firm, and or Secured Party Creditor, AND or the company that you represent, i shall not hesitate to aggressively seek compensation and financial relief for the following breaches:**

**CONSUMER BANK FRAUD; IDENTITY THEFT; VIOLATION of the FAIR CREDIT REPORTING ACT; VIOLATION of the FAIR DEBT COLLECTION PRACTICES ACT**

If your offices are able to provide the proper documentation: originals and not unverified reproductions as requested in the following Declaration, we require at least 30 days reviewing the validity of this information; during such time all: **agreements, accounts, and their assets or equities, are to be suspended or frozen**;

Also, during this validation period, if any action is taken which could be considered detrimental to any of **CHRISTOPHER ONTIVEROS, XXX-XX-1339**, credit reports, we will institute UCC/ Common Law suit proceedings; this includes and is not limited to, reporting any information that could, now or later, be determined inaccurate or invalid, or verifying the account(s) as accurate when in fact there is no proof that it is;

We also give NOTICE, in writing, that no telephone contact be made by your offices to **CHRISTOPHER ONTIVEROS, XXX-XX-1339**, or his place of employment; if your offices attempt telephone communication with Christopher Ontiveros, including but not limited to, computer generated calls and or correspondence sent to any third parties, it shall be considered harassment and i shall retaliate within the limits and jurisdiction of UCC procedure;

Christopher Ontiveros, does believe that the relationship with **VIBRANT CREDIT UNION, AND ITS AGENTS**, lacks disclosure (in part), and permission for the use of the legal FICTION **CHRISTOPHER ONTIVEROS**, (also in part), and seeks to be **compensated in full**; i have sent a written inquiry to the I.R.S., specifically the FRAUD DEPARTMENT, for all transactions concerning Acquisition or Abandonment of Secured Property as it pertains to: form 1099a, any trusts and or policies **CHRISTOPHER ONTIVEROS** and **VIBRANT CREDIT UNION, AND ITS AGENTS**;

*"Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit."*
[Group v Finletter, 108 F. Supp. 327]

**CONSENT IN PLACE OF NON-RESPONSE:**
Pursuant to the above and perfected Supreme Court cases cited herein, **VIBRANT CREDIT UNION, AND ITS AGENTS** gives consent to Affiants, in the event of non-response or rebuttal, after a period of 30 days of the following actions with its unconditional consent as follows:

**POWER OF ATTORNEY** is hereby granted/given to: **CHRISTOPHER ONTIVEROS** after 30 days for the removal of this claim of debt if recorded with any of the major credit reporting agencies;
**POWER OF ATTORNEY** is hereby given to remove any liens held by Loan(s) #2026▇▇6502 & #2026▇▇6503 **VIBRANT CREDIT UNION, AND ITS AGENTS** and ROCK ISLAND COUNTY CLERK in land records, and the Illinois department of motor vehicles/ Secretary of State, in the event that **validation of your claim is not met within 30 days**, pursuant to commercial law;

The attached **CONDITIONAL ACCEPTANCE** payment (Check # 349450 & 349449 ) is hereby given with the presumption that VIBRANT CREDIT UNION, AND ITS AGENTS can properly verify the claim of debt attached with **Loan(s)** #2026▇▇6502 & #2026▇▇6503; if VIBRANT CREDIT UNION, AND ITS AGENTS chooses to tender this payment without properly validating the debt as requested herein, it is agreed that this claim of debt is hereby satisfied in full; if VIBRANT CREDIT UNION, AND ITS AGENTS chooses to dishonor, or renege, consent is hereby given for **CHRISTOPHER ONTIVEROS** to be awarded damages, with **your consent and acceptance** of no more than $5,000.00 per call, communication, or tort resulting.

Truth is sovereign; an un-rebutted affidavit stands as TRUTH and cannot be set aside or overruled by the statutes of any government, courts, judges or law enforcement agencies which are under an inherent obligation to uphold said commercial law.

Page 5 of 7

ALL RIGHTS RESERVED

*Using a notary on this document does not constitute any adhesion, nor does it alter my standing in any manner; the purpose for this notary is verification and identification only and not for entrance into any foreign jurisdiction.*

**FURTHER AFFIANT SAYETH NOT**

Affiant's Right thumbprint

Living Man in Propria Persona,
Sui Juris, with signature UCC 1-308; 415

Rock Island, Illinois near [61265]
Real land, united states of America

ALL RIGHTS RESERVED

Illinois Jurat          )
                        )    SS
Rock Island County  )

Subscribed and Sworn before this agent, ___Brittney Siam___, a notary public in and for Rock Island County, Illinois State on this _16_ th Day of _November_, two thousand, and seventeen;

By: Christopher Ontiveros, who proved to this agent on the basis of satisfactory evidence that Christopher Ontiveros executes the document, and swears, states, and declares that Christopher Ontiveros does autograph this document in his capacity of being the living principal, and the authorized representative for the registered trade-name/ trademark for: **CHRISTOPHER ONTIVEROS**

_____  _11-16-17_
Notary Signature              Date

*Using a notary on this document does not constitute any adhesion, nor does it alter my standing in any manner; the purpose for this notary is verification and identification only and not for entrance into any foreign jurisdiction.*

ALL RIGHTS RESERVED