E-FILED
Friday, 13 April, 2018  09:58:40 AM
Clerk, U.S. District Court, ILCD

**Registered No.** RE274348297US

| | |
|---|---|
| Reg. Fee | $0.91 |
| Handling Charge | $11.70 |
| Return Receipt | |
| Postage | $2.75 |
| Restricted Delivery | $0.00 |
| Received by | $0.00 |

Date Stamp: 0828 23, DEC 13 2017

Customer Must Declare Full Value $0.00

12/13/2017

Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

DAVENPORT, IA 52802

**FROM:** Christoforos, Christopher
[address redacted] Eleventh Street
Apt [redacted]
Moline, Illinois New (61265)

**TO:** VIBRANT CREDIT UNION
[address redacted]
Moline, IL 61265

PS Form 3806, May 2007 (7530-02-000-9051) Receipt for Registered Mail  Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vibrant CREDIT UNION
[address redacted]
Moline, IL 61265

9590 9402 2182 6193 8048 95

2. Article Number (Transfer from service label)
RE 274 348 297 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature redacted]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 12/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...cted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

RE 274 348 297 US

*From The Desk of Ontiveros : the family of Christopher*
All Rights Reserved

## NOTICE NON-REBUTTAL/ ACCEPTANCE BY THE PARTIES
### SWORN AFFIDAVIT:
See* Cox v. Stern, 170 Ill. 442, 48 N.E. 906, 62 Am. St. Rep. 385; Hays v. Loomis, 84 Ill.

From:    c/o
Christopher Ontiveros
~~Eleven twenty seven, Eleventh Street~~
~~Moline, Illinois~~
~~Near [61265]~~
Real land, united states of America

To:  VIBRANT CREDIT UNION AND ITS AGENTS
~~1900 52nd Ave~~
Moline, Illinois
61265

RE: Loan #2026█6502; 2026█6503; XXX-XX-1339
Date: December 13th, 2017

RE: Status: *SATISFIED/ PAID IN FULL ACCOUNT*
Date Opened: UN-CONFIRMED by: **VIBRANT CREDIT UNION AND ITS AGENTS**, as requested:

DUE: $00.00
FIANANCE CHARGE: PAID IN FULL

High Balance: N/A, Recent payments: N/A

Account History: *CONDITIONAL ACCEPTANCE* CASHIERS CHECKS #349450, 349449, 349149, 349140, NEGOTIATED: November 13th, 2017 by: **VIBRANT CREDIT UNION AND ITS AGENTS** pursuant to *CONDITIONAL* acceptance of the following terms:

[illegible faded paragraph]

To: **VIBRANT CREDIT UNION AND ITS AGENTS**, and or whom it may concern, and all involved PARTIES, staff etc:

This letter is sent to you in response to an alleged claim of debt with the above Numbers as specified, and such recording was viewed by Christopher Ontiveros; be advised, this is LAWFUL NOTICE pursuant to: Fair Debt Collections. Practices Act, *15 USC 1692g Sec 809 (b)*, your claim was/ is disputed; validation has been properly requested in writing; said lawful request is in accords with the

Page 1 of 3

aforementioned and has NOT been validated within the requirements held in: Fair Debt Collections Practices Act, *15 USC 1692*;

## NOTICE: TACIT PROCURATION/ NON-Rebuttal

As per your acceptance of *NOTICE: THIS IS A CONTINUED ATTEMPT TO VALADATE A DEBT; NOTICE: REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING THE LEGAL FICTION, CHRISTOPHER ONTIVEROS, AS IT PERTAINS TO: VIBRANT CREDIT UNION AND ITS AGENTS; NOTICE: CLAIM OF FRAUD*, sworn truth affidavit postmarked November 9th, 2017, received November 13th, 2017 (RR196879405US); you have failed to rebut or supply the specific, original and/ or un-traded wet inked security agreement formerly presumed to be held by: **VIBRANT CREDIT UNION, AND OR ITS AGENTS; NOTICE OF FRAUD** is hereby given to: **VIBRANT CREDIT UNION, AND OR ITS AGENTS**, you have satisfied all claim(s) because you have not performed as required upon your acceptance of *NOTICE: THIS IS A CONTINUED ATTEMPT TO VALIDATE A DEBT; NOTICE: REQUEST FOR FULL DISCLOSURE OF ALL ACTIVITY CONCERNING THE LEGAL FICTION, CHRISTOPHER ONTIVEROS AS IT PERTAINS TO VIBRANT CREDIT UNION AND ITS AGENTS; NOTICE: CLAIM OF FRAUD*;

ACCEPTANCE: Registered post: #RR196879405US, post marked Nov-9 2017, received Nov-13 2017

As of December 13th, 2017, NOTICE: all parties stated therein/ herein that without counter-affidavit your consent is hereby accepted; all parties stated herein/ therein are in agreement; due to: **FAILURE** to re-but, and supply affiant's demands, ALL parties above, as stated, give collective consent to Affiant: Christopher Ontiveros, to seek compensation as allowed by: perfected public filing/ past accepted NOTICE to parties stated above, via their personal/ corporate bonds 30 days from date of acceptance;

NOTICE: ACCEPTANCE OF YOUR CONSENT: In no less than 10 calendar days, by your consent, LIMITED POWER OF ATTORNEY IS HEREBY GIVEN TO PERFORM THE FOLLOWING ACTIONS:

*[faded/illegible paragraph]*

Affiant: Christopher Ontiveros, does swear that all statements/ facts stated herein are un-contested truth, now documented as SWORN TRUTH; Affiant is over age 21 years, and does comprehend his **NOTICE: NON-REBUTTAL, and ACCEPTANCE BY THE PARTIES,** as this SWORN RECORD does hereby establish as matter of LAW;

Truth is sovereign; an un-rebutted affidavit stands as TRUTH and cannot be set aside, or overruled by statutes of any: government, courts, judges or law enforcement agencies which are under inherent obligation to uphold said commercial law;

*Use of notary on this document does not constitute any adhesion, nor does it alter my standing in any manner; purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction;*

**FURTHER AFFIANT SAYETH NOT**

Affiants right thumbprint

~~[signature]~~ 12.13.2017

Living Soul in Propria Persona,
sui juris, with signature UCC 1-308; 415

Rock Island County, Illinois near [61265]
Real land, united states of America

```
Illinois Jurat           )
                         )    SS
Rock Island County       )
```

Subscribed and Sworn before this agent, ~~[notary name]~~ a notary public in and for Rock Island County, Illinois State on this _13_ th Day of ___December___, two thousand, and seventeen;
By: Christopher Ontiveros, who proved to this agent on the basis of satisfactory evidence that Christopher Ontiveros executes the document, and swears, states, and declares that Christopher Ontiveros does autograph this document in his/ her capacity of being the living principals, and the authorized representatives for the registered trade-name/ trademark
for: **CHRISTOPHER ONTIVEROS**

___~~[signature]~~___
Notary Signature            Date

```
OFFICIAL SEAL
KATHLEEN H. BAKER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-5-2021
```

Page 3 of 3



RE: 274 348283US

## NOTICE:
## Revocation of Consent/ Implied Consent

From:  c/o
Christopher Ontiveros
~~Eleven Twenty-Seven Eleventh Street~~
Moline, Illinois
Near (61265)

To:  VIBRANT CREDIT UNION AND ITS AGENTS
~~1900 52nd AVE~~
MOLINE, IL.
61265

Re:  2010 Chrysler Town and Country
VIN:  2A4RR5D16A■346150
Owner: CHRIS ONTIVEROS
Account: 2026■6503

Pursuant to: Validation of Debt Letter/ Affidavit served November 9th, 2017 Registered Post (RR196879405US) received by AGENT November 13th, 2017 Failure to Perform;

This NOTICE: REVOCATION OF CONSENT/ IMPLIED CONSENT does lawfully prohibit VIBRANT CREDIT UNIOIN AND ITS AGENTS from: entry into, removal of, seizure of, or re-possess, named PROPERTY (2010 Chrysler Town and Country, VIN 2A4RR5D16A■346150);
ANY ATTEMPT by VIBRANT CREDIT UNION AND ITS AGENTS to: enter into, remove, seizure of, or "re-possess" property named herein does constitute willful act of TRESSPASS/ THEFT against CHRIS ONTIVEROS; such willful act does provide consent to award CHRIS ONTIVEROS damages no less than $25,000.00 not including court costs/ attorneys fees;

_____
Notary Public
Subscribed and Sworn

OFFICIAL SEAL
KATHLEEN H. BAKER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-5-2021

_____ 10.13.17
Christopher Ontiveros
Living Soul in Propria Persona
Sui Juris, with Signature UCC 1-308; 415

Rock Island, Illinois near (61265)
Real Land, united states of America

From the Office of:
Ontiveros: Family of Christopher
~~Eleven Twenty Seven Eleventh St~~
~~Apartment 2~~
Moline, Illinois
Near [61265]

# POWER OF ATTORNEY

**To Whom it May Concern,**

RE: 2010 Chrysler Town and Country
VIN: ~~2A4RR5D16AR~~846150
Owner: CHRIS ONTIVEROS
Account #: ~~2026~~6503

Pursuant to: "POWER OF ATTORNEY/ CONDITIONAL ACCEPTANCE" Debt Validation Notice served via Register Post November 9th, 2017 (RR196879405US); second Debt Validation Notice served via Registered Post December 13th, 2017 (RR274348297US);

This letter certifies that: POWER OF ATTORNEY is given to CHRISTOPHER ONTIVEROS by way of: CONDITIONAL ACCEPTANCE/ CONSENT IN PLACE OF NON-RESPONSE (Cashier's Check #: 349450 &349149; REDEEMED BY VIBRANT CREDIT UNION, NOVEMBER 16TH, 2017); and that Vibrant Credit Union has no security interest in the above named property as of December 13th, 2017.

_____
Notary Public
Illinois  Jurat        )
                       )  SS
Rock Island County     )

OFFICIAL SEAL
PAMELA K EBNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/02/19

_____
Christopher Ontiveros
POWER OF ATTORNEY

From the Office of:
Ontiveros: Family of Christopher
~~Eleven Twenty Seven Eleventh Street~~
~~Apartment 2~~
Moline, Illinois
Near [61265]

# Lien Release

**To Whom it May Concern,**

RE: 2010 Chrysler Town and Country
VIN: ~~2A4RR5D16AR~~346150
Owner: CHRIS ONTIVEROS
Account #: ~~2026~~6503

Pursuant to: "CONSENT IN PLACE OF NON-RESPONSE"
Debt Validation Notice served November 8th, 2017 (RR196879405 US) POWER OF ATTORNEY;

This letter certifies that the lien for vehicle referenced above has been fully satisfied via: CONDITIONAL ACCEPTANCE (Cashier's Check #: 349149 & 349450) and that Vibrant Credit Union has no security interest in the vehicle as of December 13th, 2017.

_____
Notary Public
Subscribed and Sworn

_____ 12.25.2017
Christopher Ontiveros
Power of Attorney

OFFICIAL SEAL
PAMELA K EBNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/02/19

# ILLINOIS SECRETARY OF STATE – APPLICATION FOR VEHICLE TRANSACTION(S)

*Application cannot be accepted with alterations (changes)*

**1. Type of transaction(s):**
- [ ] Title and Transfer
- [ ] Title and Registration
- [ ] Title Only
- [x] Duplicate Title
- [x] Corrected Title
- [ ] Salvage Certificate
- [ ] Junking Certificate
- [ ] Plates Only
- [ ] Sticker Only
- [ ] Transfer Only
- [ ] Corrected ID Card
- [ ] Duplicate ID Card
- [ ] Set of Plates Replacement
- [ ] Sticker Replacement
- [ ] Reclass of License Plates
- [ ] Resale of License Plates
- [ ] Other:

**2. Current Plate Number:**

**3. Plate Type Requested:**

**4. Exp. Month / Year:**

DVH912/28/17:01:6058:   95.00   DC

**5. OWNER INFORMATION**
- First: CHRISTOPHER
- Last: ONTIVEROS
- Middle: R
- Residence/Business Street Address: 1127 11TH ST APT 2
- City: MOLINE
- State: IL
- ZIP: 61265

**6. Owner 1 DL/FEIN #:** O531-1167-7028
**Owner 2 DL/FEIN #:**

Barcode: 8518194612

**7. VEHICLE INFORMATION**
- VIN: 2A4RR5D16AR346150
- New [ ]  Used [x]
- Year: 2010
- Make: CHRYSLER
- Model: TOWN
- Body Style: VAN
- Color: BLU / BLU

**8. Purchase Date:** 02/02/2016

**9. Current Odometer Reading (No Tenths):** 98000
- [x] Actual
- [ ] Not Actual
- [ ] In Excess of Mechanical Limits
- [ ] 10 yrs. or older (mileage not required)

Rebuilt [ ]   Flood [ ]   Other Branded Title [ ]   MCY C.C.   Mobile Home Sq. Ft.   Rental [ ]   Leased [ ]

Check if G.V.W.R. Over 16,000 lbs. (odometer reading not required) [ ]

Gross Weight (RV, RT, TRK, BUS, TRLR): 0
For Hire [ ]
# of Axles: 2

**10. Surrender Title Number and State:** #16067700463   State: IL

**11. File Number:**   Yes [ ]

**12. Unit Number:**

**13. MAIL TITLE TO (IF DIFFERENT THAN ABOVE)**

**14. VEHICLE INSURANCE INFORMATION (TRAILERS EXEMPT)**
- Insurance Company Name (Do not list agent):
- Policy Number:
- Expiration Date:

**15. FIRST LIENHOLDER**

**16. SECOND LIENHOLDER**

**17. TRANSFER INFORMATION**

**18. SELLER'S INFORMATION (INDIVIDUAL OR DEALERSHIP)**
- Dealer #: SOS

**19. BENEFICIARY**

**20. REASON FOR REPLACEMENT PLATES/STICKER**
- [ ] Lost
- [ ] Stolen
- [ ] Destroyed
- [ ] Requesting a Different Number
- [ ] Respacing

**21. REASON(S) FOR CORRECTED OR DUPLICATE TITLE**
LOST TITLE, REMOVE LIEN HOLDER

**24. AUDITOR'S USE ONLY**
- TRP NUMBER:
- Tax Form Number: N/A
- $95.00
- Circle Quarter: 1st  2nd  3rd  4th
- Auditor Comments: ATT: VSEC SA, POA, LIEN RELEASE VERIFIED IL DL

**22. Daytime Phone Number (optional):** [redacted]

Your signature on the application authorizes the Secretary of State to lower the amount of your check if the fee submitted is greater than the fee required for mail-in transactions. I/we hereby affirm that the information is true and correct and, when applicable, will abide by the Mandatory Insurance Law requiring liability insurance throughout the registration period. If applying for a title for a motor vehicle nine years old or newer, I/we also acknowledge awareness of the odometer certification made by the seller.

OFFICE USE ONLY   Verified by CRT [ ]   I.D. [ ]

12/28/2017   VF@JMH

DV 24

REMITTER/DRIVER SERVICES FACILITY STAMP:

8518194612

Control #:

**CUSTOMER RECEIPT**   Date: DEC 2 8 2017

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 2A4RR5D19AR346150 | 2010 | CHRYSLER | TOWN | VAN | H03986049T |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 01/19/18 | 98000 | | | 02/02/16 USED | CORRECTED/DUP |

**MAILING ADDRESS**

CHRISTOPHER R ONTIVEROS
1127 11TH ST APT 2
MOLINE IL 61265-3080

LEGEND(S)
ACTUAL MILEAGE

THIS IS A DUPLICATE CERTIFICATE AND MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE

**OWNER(S) NAME AND ADDRESS**
CHRISTOPHER R ONTIVEROS
1127 11TH ST APT 2
MOLINE IL 61265-3080

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____
Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State
Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

▶ ODOMETER READING [NO TENTHS]
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY.**

*If this vehicle is one of more than 6 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.*

Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s) _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____
DATE OF SALE _____
Printed Name _____



I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO.

Q1370242


JESSE WHITE, Secretary of State